UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X  **Docket No: 1:20-cv-9607**

EVELINA CALCANO, ON BEHALF OF HERSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                                                 Plaintiffs,        **NOTICE OF APPEARANCE**

    -against-

THE ORNAMENT SHOP, INC.

                                                 Defendants.
---------------------------------------------------------------------------X

     PLEASE TAKE NOTICE, that the firm of LITCHFIELD CAVO LLP, by Vincent J. Velardo has been retained as counsel for defendant THE ORNAMENT SHOP, INC. in this action.

     PLEASE TAKE FURTHER NOTICE, that all papers in this action are to be served upon the undersigned at their offices located at 420 Lexington Avenue, Suite 2104, New York, New York 10170.

Dated: New York, New York
         January 27, 2021

                                                         Yours, etc.

                                                         LITCHFIELD CAVO LLP

                                                         By: *__Vincent Velardo__*
                                                         Vincent J. Velardo (VV 7047)
                                                         420 Lexington Avenue, Suite 2104
                                                         New York, New York 10170
                                                         (212) 434-0100
                                                         Our File No.: 9074-7624
                                                         Email: velardo@litchfieldcavo.com
                                                         *Attorneys for Defendant*
                                                         *THE ORNAMENT SHOP, INC.*

TO:     Jeffrey M. Gottlieb, Esq., (JG-7905)
        Gottlieb & Associates
        150 East 18th Street, Suite PHR
        New York, NY 10003
        Phone: (212) 228-9795
        Fax: (212) 982-6284
        E-mail: Jeffrey@Gottlieb.legal
        *Attorneys for the plaintiff*