USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
EVELINA CALCANO, ON BEHALF OF                         :
HERSELF AND ALL OTHER PERSONS                         :
SIMILARLY SITUATED,                                   :
                                                      :    No.: 1:20-cv-9607
            Plaintiffs,                               :
                                                      :
            v.                                        :    **NOTICE OF VOLUNTARY**
                                                      :    **DISMISSAL**
THE ORNAMENT SHOP, INC.,                              :
                                                      :
            Defendant.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the

Defendant, THE ORNAMENT SHOP, INC., with prejudice and without fees and costs.

Dated: New York, New York
        April 9, 2021

                                        **GOTTLIEB & ASSOCIATES**

                                        _/s/Jeffrey M. Gottlieb, Esq._

                                        Jeffrey M. Gottlieb, Esq., (JG-7905)
                                        150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                        Fax: (212) 982-6284
                                        Jeffrey@Gottlieb.legal

                                        *Attorneys for Plaintiffs*

SO ORDERED:

United States District Court Judge
Hon. Mary Kay Vyskocil
Dated: April 12, 2021
        New York, NY